# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>THOMAS MEREDITH,<br>　　　Defendant. | CV 19-5569 DSF  x<br>CR 08-713 DSF<br><br>JUDGMENT |

　　　The Court having denied Defendant/Movant's motion as stated in a separate order,

　　　IT IS ORDERED AND ADJUDGED that Defendant/Movant's sentence not be vacated, set aside, or corrected and that a certificate of appealability not be issued.

Date:  October 16, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge